AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

CHARLES BUCKLEY
Plaintiff

**AMENDED JUDGMENT IN A CIVIL CASE**

BROWN PLASTICS MACHINERY, L.L.C.;
PLASTICS MACHINERY, L.P.; and PLASTICS
MACHINERY MANAGEMENT, INC.,
Defendant

Case Number: C.A. No. 04-206S

X **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**Judgement is hereby entered in favor of the Plaintiff, Charles Buckley against the Defendants, Brown Plastics Machinery, L.L.C., Plastics Machinery, L.P.; and Plastics Machinery Management, Inc., in the amount of $758,277.00 plus pre-judgment interest of $65,316.60 for a total judgment amount of $823,593.60. Any post-judgment interest shall be calculated at 2.95 percent and pursuant to the procedures detailed in 28 U.S.C. § 1961.**

May 9, 2005
Date

Clerk

(By) Deputy Clerk

41