Charles Buckley
Plaintiff

VS: CA: 04-206S

Brown Plastics Machinery
Defendant

EXHIBIT RECEIPT

Plaintiff's Exhibits 1-31 (not including 24)

Attorney

Deputy clerk