UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES E. BUCKLEY,<br>Plaintiff, | : | |
| v. | : | C.A. No. 04-206-S |
| BROWN PLASTICS MACHINERY, L.L.C.,;<br>PLASTICS MACHINERY, L.P.; and<br>PLASTICS MACHINERY MANAGEMENT, INC.,<br>Defendants. | : | |

**DEFENDANTS' MOTION TO AMEND JUDGMENT**

Pursuant to Fed. R. Civ. P. 60(a), Defendants move that this Court correct an inadvertent clerical mistake in the Amended Judgment entered on May 9, 2005.

The Amended Judgment mistakenly lists Plastics Machinery Management, Inc. ("PMMI") as one of Defendants responsible for the amounts awarded to Plaintiff. This Court granted a judgment as a matter of law in favor of PMMI pursuant to a Decision and Order dated April 13, 2005.

PMMI respectfully requests that this Court enter a Second Amended Judgment noting the entry of a judgment as a matter of law in favor of PMMI and deleting PMMI from the list of Defendants who are responsible for the amounts awarded to Plaintiff.

Defendants have filed a memorandum in support of this motion.

BROWN PLASTICS MACHINERY, L.L.C.,;
PLASTICS MACHINERY, L.P.; and
PLASTICS MACHINERY MANAGEMENT, INC.

By Their Counsel,

Steven M. Richard (#4403)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)

Steven M. Ribiat
Admitted Pro Hac Vice
Butzel Long PC.
100 Bloomfield Hills Parkway, Suite 200
Bloomfield Hills, MI 48304
(248) 258-1616
(248) 258-1439 (Fax)

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of September, 2005, I caused a copy to be faxed and mailed via first-class mail, postage prepaid to:

Marc DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
P.O. Box 2563
Providence, RI 02906

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES E. BUCKLEY,<br>Plaintiff,<br>v.<br><br>BROWN PLASTICS MACHINERY, L.L.C.,;<br>PLASTICS MACHINERY, L.P.; and<br>PLASTICS MACHINERY MANAGEMENT, INC.,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 04-206-S |

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO AMEND JUDGMENT**

This lawsuit was tried before a jury in February 2005 and the jury reached a verdict in Plaintiff's favor against all Defendants. On February 10, 2005, this Court entered a Judgment against all Defendants that did not include any prejudgment interest.

Following the entry of the Judgment, Plaintiff moved to amend the Judgment to add prejudgment interest and Defendants moved for a judgment as a matter of law or a new trial. This Court issued a Decision and Order dated April 13, 2005 denying Defendants' post-trial motion as to Brown Plastics Machinery, LLC and Plastics Machinery, L.P. and granting a judgment as a matter of law in favor of Plastics Machinery Management, Inc. ("PMMI"). This Court stayed its entry of an Amended Judgment pending its review of the proper calculation of prejudgment and post-judgment interest.

In the Decision and Order, this Court opined that "there was no evidence presented at trial from which a reasonable jury could conclude PMMI was a party to the contract at issue here, or accountable in any way for the breach hereof." Decision and Order at 3. Moreover, the Court observed that "Plaintiff does not object to an order releasing PMMI from liability[.]" *Id.*

On May 9, 2005, this Court issued a Decision and Order resolving the interest calculations and entered an Amended Judgment against all Defendants, including PMMI. The inclusion of PMMI was a clerical oversight, given the grant of a judgment as a matter of law as to all claims against PMMI. (A copy of the Amended Judgment is attached as Exhibit A).

Plaintiff's Michigan counsel has begun collection activities on the Amended Judgment. As part of such efforts, Plaintiff served Request and Writ for Granishment ("Writ") on Comerica Bank with respect to PMMI. Defendants' counsel provided Plaintiff's Michigan counsel with a copy of the Decision and Order dated April 13, 2005 granting a judgment as a matter of law in PMMI's favor. After reviewing the Decision and Order, Plaintiff's Michigan counsel has acknowledged that the Writ should be withdrawn as to PMMI.

To clarify the record and prevent any confusion as to the proper parties in any collection proceedings, Defendants respectfully request that this Court issue a Second Amended Judgment noting that a judgment as a matter of law was granted in PMMI's favor and removing PMMI as a responsible party for the amounts awarded to Plaintiff.

BROWN PLASTICS MACHINERY, L.L.C.,;
PLASTICS MACHINERY, L.P.; and
PLASTICS MACHINERY MANAGEMENT, INC.

By Their Counsel,

Steven M. Richard (#4403)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)

Steven M. Ribiat
Admitted Pro Hac Vice
Butzel Long PC.
100 Bloomfield Hills Parkway, Suite 200
Bloomfield Hills, MI 48304
(248) 258-1616
(248) 258-1439 (Fax)

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of September, 2005, I caused a copy to faxed and be mailed via first-class mail, postage prepaid to:

Marc DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
P.O. Box 2563
Providence, RI 02906

AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

CHARLES BUCKLEY
Plaintiff

**AMENDED JUDGMENT IN A CIVIL CASE**

BROWN PLASTICS MACHINERY, L.L.C.; PLASTICS MACHINERY, L.P.; and PLASTICS MACHINERY MANAGEMENT, INC.,
Defendant

Case Number: C.A. No. 04-206S

X **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**Judgement is hereby entered in favor of the Plaintiff, Charles Buckley against the Defendants, Brown Plastics Machinery, L.L.C., Plastics Machinery, L.P.; and Plastics Machinery Management, Inc., in the amount of $758,277.00 plus pre-judgment interest of $65,316.60 for a total judgment amount of $823,593.60. Any post-judgment interest shall be calculated at 2.95 percent and pursuant to the procedures detailed in 28 U.S.C. § 1961.**

May 9, 2005
Date

Clerk

(By) Deputy Clerk

41