FILED
SEP 23 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARLES E. BUCKLEY,
Plaintiff,

v. C.A. No. 04-206-S

BROWN PLASTICS MACHINERY, L.L.C.,;
PLASTICS MACHINERY, L.P.; and
PLASTICS MACHINERY MANAGEMENT,
INC.,
Defendants.

**DEFENDANTS' MOTION TO AMEND JUDGMENT**

Pursuant to Fed. R. Civ. P. 60(a), Defendants move that this Court correct an inadvertent clerical mistake in the Amended Judgment entered on May 9, 2005.

The Amended Judgment mistakenly lists Plastics Machinery Management, Inc. ("PMMI") as one of Defendants responsible for the amounts awarded to Plaintiff. This Court granted a judgment as a matter of law in favor of PMMI pursuant to a Decision and Order dated April 13, 2005.

PMMI respectfully requests that this Court enter a Second Amended Judgment noting the entry of a judgment as a matter of law in favor of PMMI and deleting PMMI from the list of Defendants who are responsible for the amounts awarded to Plaintiff.

Defendants have filed a memorandum in support of this motion.

GRANTED
WESm
William E. Smith
U.S. District Judge
10/17/05

P127663.1